```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 19220
    LEON YBARRA JR
    MELISSA A YBARRA                              CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

            Debtor
     SSN XXX-XX-2119      SSN XXX-XX-1553


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.   The case was filed on 10/17/07 and confirmed on 02/26/08.

      2.   The case was converted to Chapter 7 after confirmation, 01/07/2009.

      3.   The Debtor paid a total of $   6990.00 .

      4.   The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
MIDFIRST BANK              CURRENT MORTG         .00           .00           .00
MIDFIRST BANK              MORTGAGE ARRE     4862.20           .00        4862.20
ASSOC PATHOLOGISTS OF JO   UNSECURED         NOT FILED         .00           .00
AURORA EMERGENCY ASSOCIA   UNSECURED         NOT FILED         .00           .00
AURORA FINANCE LOAN        UNSECURED         NOT FILED         .00           .00
AURORA RADIOLOGY CONSULT   UNSECURED         NOT FILED         .00           .00
RECEIVABLES MANAGEMENT I   UNSECURED            50.00          .00           .00
CRD PRT ASSOC              UNSECURED         NOT FILED         .00           .00
CREDITORS COLLECTION       UNSECURED         NOT FILED         .00           .00
KCA FINANCIAL SERVICE      UNSECURED         NOT FILED         .00           .00
LAMPHERES FURNITURE        UNSECURED         NOT FILED         .00           .00
MIDWEST CENTER FOR STRES   UNSECURED         NOT FILED         .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED         .00           .00
NICOR GAS                  UNSECURED           285.97          .00           .00
PROVENA HEALTH CTR FOR D   UNSECURED         NOT FILED         .00           .00
PROVENA MERCY MEDICAL CE   UNSECURED         NOT FILED         .00           .00
RESPIRATORY CONSULTANTS    UNSECURED         NOT FILED         .00           .00
THE SWISS COLONY           UNSECURED           370.40          .00           .00
            Summary of disbursements:

                           SECURED    PRIORITY   UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         4862.20        .00       706.37       .00       5568.57
PRINCIPAL PAID             4862.20        .00          .00       .00       4862.20
INTEREST PAID                  .00        .00          .00       .00            .00
TOTAL PAID                 4862.20        .00          .00       .00       4862.20
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $   1274.00   direct and $   1726.00  through the plan.

The Trustee received $     401.80 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/18/09                           /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE